AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>The premise more particularly described in Attachment A<br>to the Affidavit of Task Force Officer Jacob Smetana<br>dated January 26, 2024 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    2:24-cr-00080 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit of Task Force Officer Jacob Smetana dated January 26, 2024

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of Task Force Officer Jacob Smetana dated January 26, 2024

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2320 | Trafficking in Counterfeit Goods |

The application is based on these facts:

See attached affidavit of Task Force Officer Jacob Smetana dated January 26, 2024

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

Task Force Office Jacob Smetana
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone                                    *(specify reliable electronic means)*.

Date:    01/26/2024

_____
*Judge's signature*

City and state:    Charleston, South Carolina                The Honorable Molly H. Cherry
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|